

FILED
JAN 2 4 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

1  WILLIAM J. PORTANOVA, State Bar No. 106193
   Attorney at Law
2  400 Capitol Mall, Suite 1100
   Sacramento, CA 95814
3  (916) 444-7900
   (916) 444-7998 fax
4  portanova@thelawoffices.com

5  Attorney for Defendant Dustin Cassady

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 2:11-mj-00018-DAD-1 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND (PROPOSED) ORDER TO CONTINUE DETENTION HEARING |
| DUSTIN CASSADY, | ) | |
| Defendant. | ) | |

The defendant, Dustin Cassady, requests, and the government agrees to continue the detention hearing in the above-referenced matter to January 31, 2011 at 2:00 p.m., before the Magistrate Judge Gregory G. Hollows.

Time is excluded pursuant to all applicable rules.

DATED: January 24, 2011

/s/ William J. Portanova
_____
WILLIAM J. PORTANOVA
Attorney for Defendant Dustin Cassady

DATED: January 24, 2011

/s/ Matthew Morris
_____
MATTHEW MORRIS
Assistant United States Attorney

**IT IS SO ORDERED.**

DATED: January 24, 2011

_____
THE HON. DALE A. DROZD
United States District Court