IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:11-cr-00044-JAM |
| Plaintiff, | |
| v. | ORDER CONTINUING STATUS CONFERENCE HEARING AND EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| DUSTIN CASSADY | |
| Defendant. | |

    For the reasons set forth in the stipulation of the parties filed on March 14, 2011, and for good cause shown, IT IS HEREBY ORDERED that the status hearing set for March 15, 2011, be vacated and that the case be set for a status conference on April 19, 2011, at 9:30 am.  The Court finds that the ends of justice to be served by the continuance outweigh the interests of the public and the defendant in a speedy trial.  Accordingly it is ORDERED that, for the reasons set forth in the parties' stipulation, the time between March 15, 2011, and April 19, 2011, be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv), and local code T4, due to the need to provide defense counsel with reasonable time to prepare.

Date:3/14/2011                      /s/ John A. Mendez
                                           JOHN A. MENDEZ
                                           UNITED STATES DISTRICT JUDGE