WILLIAM J. PORTANOVA, State Bar No. 106193
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
(916) 444-7900
(916) 444-7998 fax

Attorney for Defendant Dustin Cassady

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NO.   2:11-CR-00044-JAM |
| ) | |
| Plaintiff, ) | STIPULATION FOR CONTINUANCE |
| ) | OF STATUS CONFERENCE DATE |
| v. ) | AND TO EXCLUDE TIME PURSUANT |
| ) | TO SPEEDY TRIAL ACT |
| DUSTIN CASSADY, ) | |
| ) | Current Status Conf.:   07/19/11 |
| Defendant. ) | Proposed Status Conf.: 09/06/11 |
| _____ ) | |
| ) | |

     Defendant, Dustin Cassady, by and through his attorney, William J. Portanova, and Plaintiff United States of America, by and through Assistant United States Attorney Matthew G. Morris, hereby stipulate as follows:

     1. The defendant requests and the government acquiesces that the status conference date be continued from July 19, 2011 at 9:30 a.m. to September 6, 2011 at 9:30 a.m.

     2. The parties request the continuance based upon the following facts, which the parties believe demonstrate good cause to support the appropriate finding under the Speedy Trial Act:

     a)    Defense counsel PORTANOVA believes that failure to grant the continuance will deny him reasonable time to prepare.

     b)    The requested continuance is not based on congestion of the Court's calendar, lack of diligent preparation on the part of the attorney for the government or the

1  defense, or failure on the part of the attorney for the government to obtain
2  available witnesses.

3  3. For purposes of computing the date under the Speedy Trial Act by which defendant's trial must commence, the parties agree that the time period of July 19, 2011 to September 6, 2011, inclusive, should be excluded pursuant to 18 U.S.C. Section 3161(h)(7)(A) and (h)(7)(B)(iv) because the delay results from a continuance granted by the Court at defendant's request, without government objection, on the basis of the Court's finding that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny counsel for the defendant the reasonable time necessary for effective preparation.

4. Nothing in this Stipulation shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods be excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO STIPULATED.

DATED: July 14, 2011
/s/ William J. Portanova
_____
WILLIAM J. PORTANOVA
Attorney for Dustin Cassady

DATED: July 14, 2011
/s/ Matthew G. Morris
_____
MATTHEW G. MORRIS
Assistant United States Attorney

**IT IS SO ORDERED**.

DATED: July 15, 2011
/s/ John A. Mendez
_____
THE HON. JOHN A. MENDEZ
United States District Court