WILLLIAM J. PORTANOVA, State Bar No. 106193
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900
Fax: (916) 444-7998
Portanova@thelawoffices.com
www.thelawoffices.com

Attorney for Dustin Cassady

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:11-cr-00044-JAM |
|---|---|---|
| Plaintiff, | ) ) ) ) ) ) | **STIPULATION AND PROPOSED ORDER CONTINUING THE STATUS HEARING AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |
| v. | ) ) | Date: October 25, 2011 |
| DUSTIN CASSADY, | ) ) | Time: 9:30 a.m. Dept: The Hon. John A. Mendez |
| Defendant. | ) ) | |

     With the Court's permission, it is hereby stipulated between the parties, William J. Portanova, counsel for the defendant herein, and Matthew Morris, Assistant United States Attorney, attorney for the plaintiff, that the status hearing scheduled for October 25, 2011 at 9:30 a.m. be continued until the 6th of December, 2011 at 9:30 a.m.

///

///

///

///

In addition, the parties stipulate that the time between October 25, 2011 and December 6, 2011 be excluded under the Speedy Trial Act (18 U.S.C. section 3161(h)(7)(B)(iv)) and local code T4 to give counsel time to prepare.

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated: October 20, 2011 | /s/ William J. Portanova |
| | William J. Portanova<br>Attorney at Law |
| Dated: October 20, 2011 | /s/ Matthew G. Morris |
| | Matthew G. Morris<br>Assistant United States Attorney |

PDF created with pdfFactory trial version www.pdffactory.com

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:11-cr-00044-JAM |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER CONTINUING THE STATUS** |
| v. | **)** | **CONFERENCE HEARING AND** |
| | ) | **EXCLUDING TIME PURSUANT TO** |
| DUSTIN CASSADY, | ) | **THE SPEEDY TRIAL ACT** |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

     For the reasons set forth in the stipulation of the parties filed on October 20, 2011, and for good cause shown, IT IS HEREBY ORDERED that the status hearing set for October 25 2011, be vacated and that the case be set for a status conference on December 6, 2011, at 9:30 a.m.

     The Court finds that the ends of justice to be served by the continuance outweigh the interests of the public and the defendant in a speedy trial.  Accordingly it is ORDERED that, for the reasons set forth in the parties' stipulation, the time between October 25, 2011 and December 6, 2011, be excluded under the Speedy Trial Act, 18 U.S.C. section 3161(h)(7)(B)(iv), and local code T4, due to the need to provide defense counsel with reasonable time to prepare.

DATED:   10/21/2011                                              /s/ John A. Mendez_____
                                                                             JOHN A. MENDEZ
                                                                             UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com