1  WILLLIAM J. PORTANOVA, State Bar No. 106193
   Attorney at Law
2  400 Capitol Mall, Suite 1100
3  Sacramento, CA 95814
   Telephone: (916) 444-7900
4  Fax: (916) 444-7998
   Portanova@thelawoffices.com
5
6  Attorney for Dustin Cassady

7
                    UNITED STATES DISTRICT COURT
8
                    EASTERN DISTRICT OF CALIFORNIA
9
10

11 | UNITED STATES OF AMERICA,         )   Case No. 2:11-cr-00044-JAM
                                       )
12 |              Plaintiff,            )   **STIPULATION AND PROPOSED**
                                       )   **ORDER CONTINUING THE STATUS**
13 |     v.                             )   **HEARING AND EXCLUDING TIME**
                                       )   **UNDER THE SPEEDY TRIAL ACT**
14 |                                    )
   | DUSTIN CASSADY,                    )
15 |                                    )   Date:  December 6, 2011
                                       )   Time:  9:30 a.m.
16 |              Defendant.            )   Dept:  The Hon. John A. Mendez
   | _____)
17

18

19      With the Court's permission, it is hereby stipulated between the parties, William J.

20 Portanova, counsel for the defendant herein, and Matthew G. Morris, Assistant United States

21 Attorney, attorney for the plaintiff, that the status hearing scheduled for December 6, 2011 at

22 9:30 a.m. be continued until the 31st of January, 2012 at 9:30 a.m.

23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

PDF created with pdfFactory trial version www.pdffactory.com

1  In addition, the parties stipulate that the time between December 6, 2011 and January
2  31, 2012 be excluded under the Speedy Trial Act (18 U.S.C. section 3161(h)(7)(B)(iv)) and
3  local code T4 to give counsel time to prepare.  The parties stipulate that the ends of justice to be
4  served by granting the continuance outweigh the best interests of the public and the defendant in
5  a speedy trial.

7  **IT IS SO STIPULATED.**

9  DATED:  December 1, 2011                         /s/ William J. Portanvoa
10                                                  _____
                                                    WILLIAM J. PORTANOVA
11                                                  Attorney for Dustin Cassady

13 DATED:  December 1, 2011                         /s/ Matthew G. Morris
                                                    _____
14                                                  MATTHEW G. MORRIS
                                                    Assistant United States Attorney

PDF created with pdfFactory trial version www.pdffactory.com

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:11-cr-00044-JAM |
|---|---|---|
| Plaintiff. | ) ) ) | **ORDER CONTINUING THE STATUS** |
| v. | ) ) | **CONFERENCE HEARING AND EXCLUDING TIME PURSUANT TO** |
| DUSTIN CASSADY, | ) ) | **THE SPEEDY TRIAL ACT** |
| Defendant. | ) ) |  |

   For the reasons set forth in the stipulation of the parties filed on December 1, 2011, and for good cause shown, IT IS HEREBY ORDERED that the status hearing set for December 6, 2011, be vacated and that the case be set for a status conference on January 31, 2012, at 9:30 a.m.

   The Court finds that the ends of justice to be served by granting the continuance outweigh the interests of the public and the defendant in a speedy trial.  Accordingly it is ORDERED that, for the reasons set forth in the parties' stipulation, the time between December 6, 2011 and January 31, 2012, be excluded under the Speedy Trial Act, 18 U.S.C. section 3161(h)(7)(B)(iv), and local code T4, due to the need to provide defense counsel with reasonable time to prepare.

DATED:  12/1/2011                                           /s/ John A. Mendez_____

                                                                         THE HON. JOHN A. MENDEZ
                                                                         United States District Judge