1  WILLIAM J. PORTANOVA, State Bar No. 106193
   Attorney at Law
2  400 Capitol Mall, Suite 1100
3  Sacramento, CA 95814
   Telephone: (916) 444-7900
4  Fax: (916) 444-7998
   Portanova@thelawoffices.com
5
6  Attorney for Dustin Cassady

7                     UNITED STATES DISTRICT COURT
8
                      EASTERN DISTRICT OF CALIFORNIA
9
10

11 UNITED STATES OF AMERICA,       )   Case No. 2:11-cr-00044-JAM
                                   )
12          Plaintiff,              )   **STIPULATION AND**
13                                 )   **ORDER CONTINUING THE STATUS**
       v.                          )   **HEARING AND EXCLUDING TIME**
14                                 )   **UNDER THE SPEEDY TRIAL ACT**
   DUSTIN CASSADY,                 )
15                                 )   Date:  January 31, 2012
16          Defendant.              )   Time:  9:30 a.m.
                                   )   Dept:  The Hon. John A. Mendez
17 _____)

18
19      With the Court's permission, it is hereby stipulated between the parties, William J.
20 Portanova, counsel for the defendant herein, and Matthew G. Morris, Assistant United States
21 Attorney, attorney for the plaintiff, that the status hearing scheduled for January 31, 2012 at
22 9:30 a.m. be continued until the 13th of March, 2012 at 9:30 a.m.
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

In addition, the parties stipulate that the time between January 31, 2012 and March 13, 2012 be excluded under the Speedy Trial Act (18 U.S.C. section 3161(h)(7)(B)(iv)) and local code T4 to give counsel time to prepare. The parties stipulate that the ends of justice to be served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

**IT IS SO STIPULATED.**

DATED:  January 30, 2012             /s/ William J. Portanova
                                     ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
                                     WILLIAM J. PORTANOVA
                                     Attorney for Dustin Cassady


DATED:  January 30, 2012             /s/ Matthew G. Morris
                                     ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
                                     MATTHEW G. MORRIS
                                     Assistant United States Attorney

PDF created with pdfFactory trial version www.pdffactory.com

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff.<br><br>　　v.<br><br>DUSTIN CASSADY,<br><br>　　　　　　Defendant. | Case No. 2:11-cr-00044-JAM<br><br>**ORDER CONTINUING THE STATUS CONFERENCE HEARING AND EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT** |

　　　　For the reasons set forth in the stipulation of the parties filed on January 30, 2012, and for good cause shown, IT IS HEREBY ORDERED that the status hearing set for January 31, 2012, be vacated and that the case be set for a status conference on March 13, 2012, at 9:30 a.m.

　　　　The Court finds that the ends of justice to be served by granting the continuance outweigh the interests of the public and the defendant in a speedy trial. Accordingly it is ORDERED that, for the reasons set forth in the parties' stipulation, the time between January 31, 2012 and March 13, 2012, be excluded under the Speedy Trial Act, 18 U.S.C. section 3161(h)(7)(B)(iv), and local code T4, due to the need to provide defense counsel with reasonable time to prepare.

DATED: 1/30/2012　　　　　　　　　　　　　　/s/ John A. Mendez_____

　　　　　　　　　　　　　　　　　　　　　　THE HON. JOHN A. MENDEZ
　　　　　　　　　　　　　　　　　　　　　　United States District Judge