WILLIAM J. PORTANOVA, State Bar No. 106193
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900
Fax: (916) 444-7998
Portanova@TheLawOffices.com

Attorney for Dustin Cassady

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DUSTIN CASSADY,<br><br>　　　　　Defendant. | Case No. 2:11-cr-00044-JAM<br><br>**STIPULATION AND ORDER CONTINUING THE STATUS HEARING AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT**<br><br>Date:　April 10, 2012<br>Time:　9:30 a.m.<br>Dept:　The Hon. John A. Mendez |

　　　　With the Court's permission, it is hereby stipulated between the parties, William J. Portanova, counsel for the defendant herein, and Matthew G. Morris, Assistant United States Attorney, attorney for the plaintiff, that the status hearing scheduled for April 10, 2012 at 9:30 a.m. be continued until the 15th of May, 2012 at 9:30 a.m.

///
///
///
///
///
///

PDF created with pdfFactory trial version www.pdffactory.com

In addition, the parties stipulate that the time between April 10, 2012 and May 15, 2012 be excluded under the Speedy Trial Act (18 U.S.C. section 3161(h)(7)(B)(iv)) and local code T4 to give counsel time to prepare.  The parties stipulate that the ends of justice to be served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

**IT IS SO STIPULATED.**

DATED:  April 10, 2012                           /s/ William J. Portanova
                                                 _____
                                                 WILLIAM J. PORTANOVA
                                                 Attorney for Dustin Cassady


DATED:  April 10, 2012                           /s/ Matthew G. Morris
                                                 _____
                                                 MATTHEW G. MORRIS
                                                 Assistant United States Attorney

PDF created with pdfFactory trial version www.pdffactory.com

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff.<br><br>　v.<br><br>DUSTIN CASSADY,<br><br>　　　　　Defendant. | Case No. 2:11-cr-00044-JAM<br><br>**ORDER CONTINUING THE STATUS CONFERENCE HEARING AND EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT** |

　　　For the reasons set forth in the stipulation of the parties filed on April 10, 2012, and for good cause shown, IT IS HEREBY ORDERED that the status hearing set for April 10, 2012, be vacated and that the case be set for a status conference on May 15, 2012, at 9:30 a.m.

　　　The Court finds that the ends of justice to be served by granting the continuance outweigh the interests of the public and the defendant in a speedy trial.  Accordingly it is ORDERED that, for the reasons set forth in the parties' stipulation, the time between April 10, 2012 and May 15, 2012, be excluded under the Speedy Trial Act, 18 U.S.C. section 3161(h)(7)(B)(iv), and local code T4, due to the need to provide defense counsel with reasonable time to prepare.

DATED:  April 10, 2012　　　　　　　　　　　　/s/ John A. Mendez

　　　　　　　　　　　　　　　　　　　　　　　　THE HON. JOHN A. MENDEZ
　　　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com