WILLIAM J. PORTANOVA, State Bar No. 106193
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900
Fax: (916) 444-7998
Portanova@TheLawOffices.com

Attorney for Dustin Cassady

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DUSTIN CASSADY,<br><br>    Defendant. | Case No. 2:11-cr-00044-JAM<br><br>**STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING** |

    With the Court's permission, plaintiff United States of America, by and through its counsel, Assistant United States Attorney Matthew Morris, and defendant Dustin Cassady, by and through his attorney, William J. Portanova, hereby stipulate that the date of defendant's sentencing, now set for October 2, 2012, at 9:45 a.m. be continued to October 23, 2012, at 9:45 a.m.

    This brief continuance is necessary so that the parties can continue to address certain matters concerning the Pre-Sentence Report.

///

///

///

///

**IT IS SO STIPULATED.**

Dated: September 26, 2012 /s/ William J. Portanova

WILLIAM J. PORTANOVA
Attorney for Dustin Cassady

Dated: September 26, 2012 /s/ Matthew G. Morris

MATTHEW G. MORRIS
Assistant United States Attorney

**IT IS SO ORDERED.**

Dated:   9/26/2012 /s/ John A. Mendez
THE HON. JOHN A. MENDEZ
United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com