WILLIAM J. PORTANOVA, State Bar No. 106193
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900
Fax: (916) 444-7998
Portanova@TheLawOffices.com

Attorney for Dustin Cassady

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DUSTIN CASSADY,<br><br>    Defendant. | Case No. 2:11-cr-00044-JAM<br><br>**STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING** |

   With the Court's permission, plaintiff United States of America, by and through its counsel, Assistant United States Attorney Matthew Morris, and defendant Dustin Cassady, by and through his attorney, William J. Portanova, hereby stipulate that the date of defendant's sentencing, now set for January 15, 2013 at 9:45 a.m. be continued to January 29, 2013, at 9:45 a.m.

   This brief continuance is necessary so that the parties can continue to address certain matters concerning the Pre-Sentence Report.

///

///

///

///

**IT IS SO STIPULATED.**

Dated: January 07, 2013               /s/ William J. Portanova
                                      _____
                                      WILLIAM J. PORTANOVA
                                      Attorney for Dustin Cassady

Dated: January 07, 2013               /s/ Matthew G. Morris
                                      _____
                                      MATTHEW G. MORRIS
                                      Assistant United States Attorney

**IT IS SO ORDERED.**

Dated:   1/7/2013                     /s/ John A. Mendez
                                      THE HON. JOHN A. MENDEZ
                                      United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com

PDF created with pdfFactory trial version www.pdffactory.com